■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE GRIFFIN, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Finnegan, J.), both rendered July 1, 1987, convicting him of robbery in the first degree under indictment No. 2129/87, and robbery in the second degree under S.C.I. No. 2243/87, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The record reflects that the defendant received effective assistance of counsel. Many of the matters to which the defendant refers are dehors the record and are thus not cognizable on this appeal (see, People v Robinson, 122 AD2d 173; People v Wolcott, 111 AD2d 943). Contrary to the defendant's position, the two concurrent indeterminate terms of 3 to 9 years' imprisonment imposed were not excessive (see, People v Suitte, 90 AD2d 80). Mollen, P. J., Bracken, Sullivan, Rubin and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HAYDEN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered January 22, 1988, convicting him of burglary in the second degree (two counts) and attempted burglary in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the jurisdictional validity of the superior court information under which he was prosecuted is without merit (see, People v Davis, 152 AD2d 634 [decided herewith]).

We further find that the sentence imposed was neither harsh nor excessive (see, People v Suitte, 90 AD2d 80). Bracken, J. P., Kunzeman, Eiber and Spatt, JJ., concur.